C-13-15(a)(Motion)
(Rev. 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| SARAH PINNIX COVINGTON | ) | |
| | ) | No: B-08-50929 C-13W |
| | ) | |
| Debtor | ) | |

Kathryn L. Bringle, Trustee, respectfully moves the Court for an order as follows:

The Trustee is disbursing ongoing monthly payments to Marsh Associates, Inc., (the "Creditor"), which holds a deed of trust lien on real property. The Creditor notified the Trustee of a change in the monthly mortgage payment from $747.00 to $700.00 effective March 2011.

It is recommended that the Plan be modified to provide that the Trustee disburse monthly payments of $700.00 to the Creditor effective March 2011.

Date: February 15, 2011                                                  s/ Kathryn L. Bringle
KLB/NS/ae                                                                Trustee

--------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION by March 15, 2011 with the United States Bankruptcy Court at the address of

*226 South Liberty Street*
*Winston-Salem, NC 27101*

and must serve the parties named on the attached list of Parties To Be Served.

If no objection is filed within the time period, the Court will consider this motion without a hearing. If an objection is timely filed, a hearing on the motion will be held on April 13, 2011 at 9:30 a.m. in the Courtroom at 226 South Liberty Street, Winston-Salem, North Carolina.

Date: February 15, 2011                                                  OFFICE OF THE CLERK
                                                                         U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
08-50929 C-13W

A CARL PENNEY
P O BOX 21103
WINSTON-SALEM, NC 27120-1103

MARSH ASSOCIATES INC
P O BOX 35329
CHARLOTTE, NC 28235

SARAH PINNIX COVINGTON
631 DENNY DR
WINSTON SALEM, NC 27107

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC 27102-2115